No. 91–6275.   RAO v. NEW YORK CITY HEALTH AND HOSPITALS CORP. ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 91–6279.   JOHNSON v. BUINNO ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 91–6286.   WENNERSTROM v. CALIFORNIA; and
No. 91–6409.   WENNERSTROM v. CALIFORNIA.   Ct. App. Cal., 4th App. Dist.   Certiorari denied.

No. 91–6299.   GOULDING ET UX. v. COMMISSIONER OF INTERNAL REVENUE.   C. A. 7th Cir.   Certiorari denied.

No. 91–6302.   EVANS v. LOWE, CHIEF OF POLICE, RIVERSIDE, ALABAMA.   C. A. 11th Cir.   Certiorari denied.

No. 91–6304.   GIFFORD v. MAINE.   Sup. Jud. Ct. Me.   Certiorari denied.

No. 91–6309.   PATTERSON v. WHITLEY, WARDEN.   C. A. 5th Cir.   Certiorari denied.

No. 91–6310.   WILLIAMS v. CALIFORNIA.   Ct. App. Cal., 5th App. Dist.   Certiorari denied.

No. 91–6313.   LIDMAN v. NEWARK REDEVELOPMENT AND HOUSING AUTHORITY ET AL.   Super. Ct. N. J., App. Div.   Certiorari denied.

No. 91–6314.   ROGERS v. MICHIGAN.   Ct. App. Mich.   Certiorari denied.

No. 91–6316.   JOHNSTON v. BARR, ATTORNEY GENERAL OF THE UNITED STATES, ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 91–6318.   CHOICE v. BEYER ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 91–6321.   KIM-HYE CHUNG v. NEW YORK CITY DEPARTMENT OF SOCIAL SERVICES.   App. Div., Sup. Ct. N. Y., 2d Jud. Dept.   Certiorari denied.